UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    :
                            :    Case No.  25-cr-187
                            :
    v.                      :
                            :
                            :
**DALONTE HARRISON,**       :
        Defendant.          :

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that undersigned counsel, Bernadette Armand, of the law firm Bernadette Armand Law PLLC, hereby enters an appearance in this matter as counsel for Dalonte Harrison.

Respectfully submitted,

*/s/  Bernadette Armand*

Bernadette Armand
Bernadette Armand Law, PLLC
400 5th Street NW Suite 350
Washington, D.C. 20001
bernadette@armandlaw.com
Tel: 202-696-4987
DC Bar No. 1025527

Dated: July 7, 2025